461 A.2d 795

**Donald Lee BENDER, Appellant,**

v.

**Bernard C. BROMINSKI, Judge.**

Supreme Court of Pennsylvania.

Submitted June 7, 1983.

Decided July 1, 1983.

Lawrence D. MacDonald, Wilkes-Barre, for appellant.

Chester B. Muroski, Dist. Atty., Joseph C. Giebus, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Appeal dismissed.